IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-310 |
| S. CONTRERAS, *et al.*, | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Hector Pacheco-Morales, an inmate confined at the Leblanc Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Laundry Manager II, S. Contreras, Laundry Manager III, E. Hernandez, Executive Director, Bryan Collier, and Senior Warden, Kevin Delt.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(a) (Doc. # 21).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] Plaintiff received a copy of the Report and Recommendation on November 23, 2021 (Doc. # 23).

in accordance with the magistrate judge's recommendations.

**SIGNED this 10th day of February, 2022.**

                                            Michael J. Truncale
                                            United States District Judge